DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTOR ROHER,**
Appellant,

v.

**LARRY ROHER, ADAM PRINCE, NOAH PRINCE** and **JUSTIN PRINCE,**
Appellees.

No. 4D20-2056

[March 11, 2021]

Appeal of a non final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. PRC-19-003573.

Brandan J. Pratt and Christopher M. Barton of Huth, Pratt & Milhauser, Boca Raton, for appellant.

Ann Burke Spaulding of Spaulding Law, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***